# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JANINE CHARBONEAU | § | |
| | § | |
| V. | § | CASE NO. 4:14-CV-808 |
| | § | Judge Mazzant/Judge Nowak |
| MORTGAGE ELECTRONIC | § | |
| REGISTRATION SYSTEM | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 16, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's complaint be dismissed with prejudice (Dkt. #7). The Magistrate Judge recommended that Plaintiff's complaint be dismissed for failure to properly serve Defendants in accordance with Federal Rule of Civil Procedure 4(m), and further recommended that Plaintiff's complaint be dismissed for failure to prosecute. On July 31, 2015, and again on August 13, 2015, a copy of the report and recommendation was mailed to Plaintiff.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**
**SIGNED this 19th day of September, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE